JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESAR E. LOPEZ,<br><br>   Plaintiff,<br><br>  v.<br><br>PNC BANK, N.A., and DOES 1-10, inclusive,<br><br>   Defendants. | Case No. 5:22-cv-01859-JWH-KK<br><br>**JUDGMENT** |

Pursuant to the Scheduling Notice and Order [ECF No. 28] entered on or about June 8, 2023, and in accordance with Rules 41(b) and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. This action, including all claims asserted herein, is **DISMISSED**.
2. To the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: July 13, 2023

John W. Holcomb
UNITED STATES DISTRICT JUDGE